UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

IN THE MATTER OF A SUBPOENA TO NON-PARTY STEVEN VOSEN

SHOPIFY INC., et al.,

    Plaintiffs,

  v.

EXPRESS MOBILE, INC.,

    Defendant.

Case No. 20-mc-80091-JSC

**ORDER SETTING BRIEFING SCHEDULE ON SHOPIFY'S MOTION TO COMPEL**

Re: Dkt. No. 1

The Court is in receipt of Shopify's motion to compel responses to a subpoena related to an action pending in the District Court for the District of Delaware. *See Shopify v. Express Mobile*, No. 19 CIV 00439 RGA (D. Del). Non-party Mr. Vosen shall file a response to the motion to compel June 10, 2020. Defendant Express Mobile may file a response by this same date as well. Shopify may file a reply by June 17, 2020. The Court will hold a hearing via Zoom Webinar on July 2, 2020 at 9:00 a.m. unless it decides the motion can be decided without oral argument.

Shopify shall serve a copy of this Order on the parties in the underlying action and file proof of service of the same by May 29, 2020.

**IT IS SO ORDERED.**

Dated: May 28, 2020

JACQUELINE SCOTT CORLEY
United States Magistrate Judge